(February 18, 1971)

■ ARNOLD D. ROSEMAN, Appellant, v. MILTON C. WEISMAN et al., Respondents, et al., Defendants.—

Concur—Nunez, J. P., Kupferman, McNally and Steuer, JJ.